United States Court of Appeals
**FOR THE EIGHTH CIRCUIT**

_____

No. 96-3486
_____

George L. Shepard; Karan L.          *
Shepard,                                    *
                                              *
        Appellants,                       *
                                              *   Appeal   from   the   United
States
    v.                                       *   District Court for the
                                              *   District of Nebraska.
Harold W. Clarke; John Dahm;         *
Barb Hoagland; Jack Falconer,        *    [ UNPUBLISHED]
                                              *
        Appellees.                        *

_____

                            Submitted:   September 17,
1997

                            Filed:   September 22,
1997
_____

Before BOWMAN, MAGILL, and LOKEN, Circuit Judges.
_____

PER CURIAM.

    Nebraska prisoner George L. Shepard and his wife
Karan L. Shepard appeal the district court's[1] grant of
summary judgment to Nebraska prison officials in this 42
U.S.C. § 1983 action against Lincoln Correctional Center
correctional officers and supervisory officials.   The

---

[1]The Honorable Richard G. Kopf, United States District Judge for the District of Nebraska.

Shepards alleged that the correctional officers retaliated

against George for filing grievances by refusing to let Karan use padded chairs during visits and by denying visitation on occasions when Karan did not wear a brassiere. The Shepards also alleged that the supervisory officials condoned the correctional officers' actions by denying George's grievances.

Following our de novo review, see Yowell v. Combs, 89 F.3d 542, 544 (8th Cir. 1996) (standard of review), we find that summary judgment was proper. See 8th Cir. R. 47B.

Accordingly, we affirm the judgment of the district court.

A true copy.

Attest:

CLERK, U.S. COURT OF APPEALS, EIGHTH CIRCUIT.